UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 20-22508-CV-MARTINEZ/OTAZO-REYES

MARCONI INTERNATIONAL
UNIVERSITY, INC., *et al.*,

    Plaintiffs,

vs.

LAURA RICCI, *et al.*,

    Defendants.
_____/

**ORDER ON PLAINTIFFS'** ***EX PARTE***
**MOTION FOR ALTERNATIVE SERVICE OF PROCESS**

THIS CAUSE came before the Court upon Plaintiffs' Corrected Ex Parte Motion for Alternative Service of Process on Defendants, Laura Ricci, Renato Bevilacqua, and MIA Global Business School, S.L. d/b/a MIA Digital University. [ECF No. 12]. After careful consideration, the Court **grants** the motion.

Plaintiffs wish to serve Defendants through email. According to Plaintiffs, all Defendants are in Spain or Italy. Plaintiffs tried to serve Ricci via international courier and through her Miami-based counsel, but their efforts proved fruitless. Plaintiffs do not have an address for Bevilacqua, who is the President and Chief Executive Officer of MIA Digital University. Ricci and Bevilacqua, however, have recently communicated with Plaintiffs via email.

Federal Rule of Civil Procedure 4(f)(3) gives district courts broad discretion to authorize alternative methods of service of process if such methods are allowed

by international agreement and are reasonably calculated to give notice to the defendants. *See, e.g., Audemars Piguet Holdings SA v. 1forclock.ru*, No. 18-60351-CIV, 2018 WL 7082665, at *1 (S.D. Fla. Feb. 22, 2018); *Brookshire Bros. v. Chiquita Brands Int'l, Inc.*, No. 05-CIV-21962, 2007 WL 1577771, at *2 (S.D. Fla. May 31, 2007). Both requirements are met here. The international agreement at issue, the Hague Convention, does not prohibit service via email on defendants in Spain or Italy. *See, e.g., adidas AG v. Individuals, Partnerships & Unincorporated Associations Identified on Schedule "A"*, No. 19-CV-61264-UU, 2019 WL 7841807, at *2 (S.D. Fla. May 23, 2019) (allowing service via email and website posting to defendants located in Italy and Spain, among other countries). And Plaintiffs have verified that Defendants' emails are valid and working, and thus reasonably calculated to give notice. Therefore, the Court finds that Plaintiffs have shown good cause for leave to allow service of process via email.

Accordingly, it is:

**ORDERED and ADJUDGED** as follows:

1. Plaintiffs' Corrected *Ex Parte* Motion for Alternative Service [ECF No. 12] is **GRANTED**.

2. Plaintiffs shall serve the Complaint and Summonses upon Defendant Laura Ricci at laura.ricci2303@gmail.com.

3. Plaintiffs shall serve the Complaint and Summonses upon Defendant Renato Bevilacqua at italiaequa@gmail.com.

4. Plaintiffs shall serve the Complaint and Summonses upon Defendant MIA Global Business School, S.L. d/b/a MIA Digital University upon

its President and CEO, Renato Bevilacqua, at italiaequa@gmail.com.

DONE and ORDERED in Chambers at Miami, Florida, this **3rd** day of August 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To:
All Counsel of Record