# Exhibit A

| | |
|---|---|
| **From:** | Fausto Sanchez |
| **To:** | "Lauren Luck"; Paralegal Luck |
| **Subject:** | RE: DEMAND FOR PAYMENT / Payment Past-Due from UNIR / Material Breach by UNIR / Marconi International University ("MIU" or the "University") / Our Client: Laura Ricci ("Laura Ricci" or "Ms. Ricci") / |
| **Date:** | Friday, June 19, 2020 4:25:00 PM |
| **Attachments:** | imaae004.Dna, |
| | image005.Dng. |
| | image006.png. |
| | imaae007.Dna. |
| | 2020-06-18 Complaint Final Unredacted.Ddf |
| | 2020-06-18 Exhibit A to Comolaint.Pdf |
| | 2020-06-18 Exhibit B to Comolaint.odf |
| | 2020-06-18 Exhibit C to Comolaint.odf |
| | imaae003.Dna, |

Lauren :

Attached is an unredacted version of the Complaint and exhibits.

I'd previously asked if your client will agree to waive confidentiality and file these unredacted versions publicly. Given the position taken in your letter, it appeared Ms. Ricci intended on making these matters public, anyway. But, so that there is no confusion, please state Ms. Ricci's position on this. Thank you.

Regards,

Fausto Sanchez
Prutner



SANCHEZ
FISCHER
LEVINE, LLP

1200 Blickell Avenue, Ste. 750
Miami, Florida 33131
Tel: (305) 925-9947
Email: faanchez@stl-Jawcom
Website: www.sfl-law.com

CONFIDENTIALITY NOTICE: Tilis message and any attachments are intended only for the addressee and may contain info1mation that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. TI1ank you.

**From:** Lauren Luck <lauren@laurenluck.com>
**Sent:** Friday, June 19, 2020 2:23 PM
**To:** Fausto Sanchez <fsanchez@sfl-law.com>; Paralegal Luck <paralegal@laurenluck.com>
**Subject:** RE: DEMAND FOR PAYMENT / Payment Past-Due from UNIR / Material Breach by UNIR / Marconi International University ("MIU" or the "University") / Our Client: Laura Ricci ("Laura Ricci" or "Ms. Ricci") /

That's correct.

**From:** Fausto Sanchez <fsanchez@sfl-law.com>
**Sent:** Friday, June 19, 2020 2:22 PM