# Exhibit B

| | |
|---|---|
| **From:** | Fausto Sanchez |
| **To:** | "Lauren Luck" |
| **Subject:** | RE: SERVICE OF COURT DOCUMENTS - UNIR LLC, et al v. Laura Ricci, et al, Case No.: 20-cv-22508 |
| **Date:** | Thursday, August 6, 2020 12:03:00 PM |
| **Attachments:** | 2020-06-18 Complaint_Final_Unredacted.pdf |
| | image001.png |
| | 2020-06-18 Exhibit A to Complaint.pdf |
| | 2020-06-18 Exhibit B to Complaint.pdf |
| | 2020-06-18 Exhibit C to Complaint.pdf |

Lauren:

Attached please find the unredacted versions of the Complaint and exhibits. These are the same copies that were previously sent to you on June 18, 2020.

Regards,

Fausto Sanchez
Partner



1200 Brickell Avenue, Ste. 750
Miami, Florida 33131
Tel: (305) 925-9947
Email: fsanchez@sfl-law.com
Website: www.sfl-law.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

---

**From:** Lauren Luck <lauren@laurenluck.com>
**Sent:** Thursday, August 6, 2020 11:56 AM
**To:** Fausto Sanchez <fsanchez@sfl-law.com>
**Subject:** Re: SERVICE OF COURT DOCUMENTS - UNIR LLC, et al v. Laura Ricci, et al, Case No.: 20-cv-22508

The complaint I saw was redacted throughout. Please send me unredacted. Thanks.

Very truly yours,


Lauren  Luck, Esq.
Lauren Luck,  P.A.
175 S.W. 7th St., Ste. 2020
Miami, FL 33130
Tel. (305)  929-8316
Cell  (954) 644-9887
Fax  (305) 938-0818

On Aug 6, 2020, at 11:50 AM, Fausto Sanchez <fsanchez@sfl-law.com> wrote:

The unredacted version of which document? I previously sent you the unredacted exhibits.

Regards,

Fausto Sanchez
Partner

<image002.png>
1200 Brickell Avenue, Ste. 750
Miami, Florida 33131
Tel: (305) 925-9947
Email: fsanchez@sfl-law.com
Website: www.sfl-law.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

**From:** Lauren Luck <lauren@laurenluck.com>
**Sent:** Thursday, August 6, 2020 11:10 AM
**To:** Fausto Sanchez <fsanchez@sfl-law.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS - UNIR LLC, et al v. Laura Ricci, et al, Case No.: 20-cv-22508

We will be representing her. Can you send me the unredacted version?


Very truly yours,

Lauren J. Luck, Esq.
Lauren Luck, P.A.
175 S.W. 7th St., Ste. 2020
Miami, FL 33130
Tel. (305) 929-8316
Cell (954) 644-9887
Fax (305) 938-0818
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you have received this

electronic transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling (305) 929-8316.

---

**From:** Fausto Sanchez <fsanchez@sfl-law.com>
**Sent:** Tuesday, August 4, 2020 2:18 PM
**To:** Lauren Luck <lauren@laurenluck.com>
**Subject:** SERVICE OF COURT DOCUMENTS - UNIR LLC, et al v. Laura Ricci, et al, Case No.: 20-cv-22508

Lauren:

Your client was served by email today. Will you be appearing on her behalf in the litigation or will she be hiring separate counsel to respond to the Complaint? Please advise.

Regards,

Fausto Sanchez
Partner

<image003.png>
1200 Brickell Avenue, Ste. 750
Miami, Florida 33131
Tel: (305) 925-9947
Email: fsanchez@sfl-law.com
Website: www.sfl-law.com

CONFIDENTIALITY NOTICE: This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.