**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

UNIR, LLC, a Florida limited liability
company, and MARCONI
INTERNATIONAL UNIVERSITY, INC.,                Case No.: 1:20-cv-22508-JEM
a Florida corporation,

      Plaintiffs,

v.

LAURA RICCI, a foreign national, and
MIA GLOBAL BUSINESS SCHOOL,
S.L. d/b/a MIA DIGITAL UNIVERSITY,
a foreign entity,

      Defendants
_____

**PLAINTIFF MARCONI INTERNATIONAL UNIVERITY, INC.'S**
**NOTICE OF MOOTNESS OF REQUEST TO STRIKE DEFENDANTS'**
**SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF MIA GLOBAL BUSINESS**
**SCHOOL'S MOTION TO DISMISS**

      Plaintiff Marconi International University, Inc. ("Marconi"), hereby gives notice that its request that its Motion to Strike Defendant MIA Global Business School, S.L. d/b/a MIA Digital University's Supplemental Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 77] is hereby moot, pursuant to MIA Global Business School S.L. d/b/a MIA Digital University's ("MIA") filing of a Notice of Striking its Supplemental Reply [ECF No. 78].

      However, for the reasons outlined in Plaintiff's Motion [ECF No. 77], Plaintiff requests that this Court rule on its request for sanctions for MIA's flagrant and repeated violation of the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.

| | |
|---|---|
| Dated: March 18, 2021 | Respectfully submitted, |

**SANCHEZ FISCHER LEVINE, LLP**
1200 Brickell Avenue, Ste. 750
Miami, Florida 33131
Tel.: (305) 925-9947

By: */s/ Fausto Sanchez*
Fausto Sanchez, Esq.
Florida Bar No.: 86229
Email: fsanchez@sfl-law.com
David M. Levine, Esq.
Florida Bar No.: 84431
Email: dlevine@sfl-law.com
Chad S. Purdie, Esq.
Florida Bar No.: 41965
Email: cpurdie@sfl-law.com
Antonia Iragorri, Esq.
Florida Bar No.: 1025034
Email: airagorri@sfl-law.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2021, a true and correct copy of the foregoing was filed electronically and served on all parties of record via the Court's CM/ECF system.

By: */s/ Fausto Sanchez*
Fausto Sanchez, Esq.
